UNITED STATES DISTRICT COURT
                                   DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :    Hon. Jose L. Linares
                               :
         v.                    :    Criminal No. 06-529(JLL)
                               :
JAMES POWELL                   :    <u>CONTINUANCE ORDER</u>

    This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by R. Joseph Gribko, Assistant U.S. Attorney), and defendant James Powell (by Carl J. Herman, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

    IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

    1.   Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

    2.   Additional time is necessary in which to negotiate a plea agreement;

3. Defendant has consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 17 day of April, 2008,

IT IS ORDERED that pretrial motions shall be filed by May 20, 2008; the opposition to any motions is due June 3, 2008; hearing on any motions will be on June 17, 2008; and the trial is scheduled for July 1, 2008; and

IT IS FURTHER ORDERED that the period from April 29, 2008, through July 1, 2008, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. JOSE L. LINARES
United States District Judge